UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAND A. JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARK MYERS,<br><br>　　　　Defendant. | Case No. 22-cv-07364 BLF<br><br>**ORDER OF DISMISSAL** |

On November 22, 2022, Plaintiff, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On January 6, 2023, the Clerk sent Plaintiff a notice informing him that he filed an incomplete complaint and that he must file a complete complaint on the proper form within twenty-eight days or the action would be dismissed. Dkt. No. 6. A blank complaint form and postage-paid return envelope were enclosed with the notice. *Id.* The deadline passed, and Plaintiff failed to file a proper complaint. The matter was reassigned to this Court on February 17, 2023. Dkt. No. 8.

Accordingly, this action is **DISMISSED** without prejudice for failure to file a complete complaint. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: __February 27, 2023___

_/s/ Beth Labson Freeman_
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.22\07364Jackson_dis-comp.

2